UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 15 CV 81194 MARRA/
MATTHEWMAN

BEACHES MLS, INC., a Florida corporation,

Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS,
INC., a Florida corporation, JUPITER-
TEQUESTA-HOBE SOUND ASSOCIATION
OF REALTORS, INC., a Florida corporation,
TERESA KING KINNEY, WILLIAM "BILL"
COLE, GINA LLOYD, JESUS FERIA,
DANIELLE Y. CLERMONT, DEBORAH
BOZA-VALLEDOR, JOANNE WERSTLEIN,
ANGELA CALABRIA and JAMARR
LYNCH,

Defendants.
_____/



FILED by ___ D.C.
AUG 24 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## PLAINTIFF'S MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 5.4, Plaintiff, BEACHES MLS, INC. ("Plaintiff" or BEACHES) submits this Motion to File Under Seal (a) the Complaint and (b) Plaintiff's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction together with the supporting Declarations and Exhibits and the Court's Order regarding the same, in accordance with Local Rule 5.4(b) and (d).

Plaintiff seeks that the case be sealed for five business days, unless extended by the Court.

Good cause exists for filing under seal. The two Defendant Associations of Realtors and their employees have knowingly, intentionally, and without authorization, electronically

infiltrated BEACHES multiple listing service ("MLS") software platform, created unauthorized "users" and "passwords", and created unauthorized levels of software access.

If Defendants are provided with knowledge of this suit before the Court has the opportunity to rule on the concurrently filed Motion for Temporary Restraining Order, Defendants can use the level of unauthorized access they have illegally obtained to download or export Plaintiff's entire MLS database including all of Plaintiff's real estate listings. Defendants could then provide that database to their own 30,000+ members and disseminate Plaintiff's database to third parties. If this is permitted to occur, the damage to Plaintiff would be immeasurable.

Similarly, disclosure of this suit before the Court has the opportunity to rule on the concurrently filed Motion for Temporary Restraining Order will allow and encourage Defendants to (a) electronically 'cover their tracks' and (b) immediately download or export Plaintiff's MLS database in advance of the issuance of the interim relief requested to avoid the effects of any Temporary Restraining Order and/or Preliminary Injunction. Thus allowing this case to proceed under seal until the Court rules on the concurrently filed Motion for Temporary Restraining Order prevents Defendants from receiving advance notice of Plaintiff's ongoing investigation into Defendants' illegal access to Plaintiff's protected computer systems, Plaintiff's discovery of such activity, and Plaintiff's efforts to stop such activity.

Plaintiff requests that Complaint, the Ex Parte Application for Temporary Restraining Order, and the supporting Declarations and Exhibits, remain under seal for five business days (unless extended by the Court) so that the Court has the opportunity to consider and rule on Plaintiffs Ex Parte Application and, if granted, the Temporary Restraining Order served on the

Defendants. At that time, the Ex Parte Application, together with all other pleadings and orders filed under seal in this matter, will be made available to Defendants.

Dated:  August 23, 2015

Respectfully submitted,

/s/ Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar Number 98220
Joel.rothman@sriplaw.com
JEROLD I. SCHNEIDER
Florida Bar Number 26975
Jerold.schneider@sriplaw.com
DIANA F. MEDEROS
Florida Bar Number 99881
Diana.mederos@sriplaw.com
SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Beaches MLS, Inc.*