UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



CASE NO.: 9:15-cv-81194 - MARRA

BEACHES MLS, INC., a Florida corporation,

    Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS, INC., a Florida corporation, JUPITER-TEQUESTA-HOBE SOUND ASSOCIATION OF REALTORS, INC., a Florida corporation, TERESA KING KINNEY, WILLIAM "BILL" COLE, GINA LLOYD, JESUS FERIA, DANIELLE Y. CLERMONT, DEBORAH BOZA-VALLEDOR, JOANNE WERSTLEIN, ANGELA CALABRIA and JAMARR LYNCH,

    Defendants.
_____/

## NOTICE OF POSTING BOND

To the Clerk of the Court:

    Notice is hereby given that Plaintiff posts a cash bond in the amount of $1,000 (one thousand dollars) in accordance with this Court's Order (D.E. 7) of August 24, 2015.

Dated: August 26, 2015

    Respectfully submitted,

    _____
    Jerold I. Schneider
    Florida Bar No. 26975
    jerold.schneider@sriplaw.com
    Joel B. Rothman

Florida Bar No. 98220
joel.rothman@sriplaw.com
Diana F. Mederos
Florida Bar No. 99881
Diana.mederos@sriplaw.com

**Schneider Rothman Intellectual Property Law Group PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
Tel: 561-404-4350
Fax: 561-404-4353

Attorneys for Plaintiff