UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:15-cv-81194 - MARRA

BEACHES MLS, INC., a Florida corporation,

    Plaintiff,

v. 

MIAMI ASSOCIATION OF REALTORS, INC., a Florida corporation, JUPITER-TEQUESTA-HOBE SOUND ASSOCIATION OF REALTORS, INC., a Florida corporation, TERESA KING KINNEY, WILLIAM "BILL" COLE, GINA LLOYD, JESUS FERIA, DANIELLE Y. CLERMONT, DEBORAH BOZA-VALLEDOR, JOANNE WERSTLEIN, ANGELA CALABRIA and JAMARR LYNCH,

    Defendants.



_____/

## MOTION TO UNSEAL

Plaintiff, by and through undersigned counsel, moves to unseal this civil action for the following reasons:

This Court's Order (DE 7, page 4, paragraph 4) granted Plaintiff's Motion to File under Seal (DE 1) until Defendants are served.

Defendants have now been served.

Accordingly, Plaintiff asks the Court to order the file unsealed and that all documents in the file be placed in the public record.

A proposed order accompanies this Motion.

Dated: August 26, 2015                    Respectfully submitted,

*[signature]*

Jerold I. Schneider
Florida Bar No. 26975
jerold.schneider@sriplaw.com
Joel B. Rothman
Florida Bar No. 98220
joel.rothman@sriplaw.com
Diana F. Mederos
Florida Bar No. 99881
Diana.mederos@sriplaw.com

**Schneider Rothman Intellectual Property Law Group PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
Tel: 561-404-4350
Fax: 561-404-4353

Attorneys for Plaintiff