UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81194-CIV-MARRA

BEACHES MLS, INC., a Florida corporation,

Plaintiff,

vs.

MIAMI ASSOCIATION OF REALTORS, INC., et al.,

Defendants.
_____/

## ORDER REGARDING HEARING

A hearing on the Motion for Preliminary Injunction for all the relief sought by Plaintiff in its motion shall be held **THURSDAY, SEPTEMBER 3, 2015 AT 1:30 P.M.** before United States District Judge Kenneth A. Marra, 701 Clematis Street, Courtroom 4, West Palm Beach, Florida. The parties will have the opportunity to present evidence and testimony. Plaintiff is ordered to serve this on Defendants.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of August, 2015.

KENNETH A. MARRA
United States District Judge