UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:15-cv-81194 - MARRA

BEACHES MLS, INC., a Florida corporation,

Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS, INC., a Florida corporation, JUPITER-TEQUESTA-HOBE SOUND ASSOCIATION OF REALTORS, INC., a Florida corporation, TERESA KING KINNEY, WILLIAM "BILL" COLE, GINA LLOYD, JESUS FERIA, DANIELLE Y. CLERMONT, DEBORAH BOZA-VALLEDOR, JOANNE WERSTLEIN, ANGELA CALABRIA and JAMARR LYNCH,

Defendants.
_____/

FILED by /s/ AN D.C.

AUG 26 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – W.P.B.

## ORDER ON MOTION TO UNSEAL

This matter is before the Court on Plaintiff's Motion to Unseal and the Court being fully advised in the premises:

AND it appearing to the Court that this Case has been SEALED upon Plaintiff's motion (DE 1) until Defendants are served (DE 7, page 5, ¶ 4);

AND Plaintiff having Moved to Unseal and having informed the Court that the Defendants have been served; (DE 9)

Plaintiff's Motion to Unseal is GRANTED and the Clerk of the Court is instructed to unseal this case and place all the documents for this case in the public record.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of August 2015.

KENNETH A. MARRA
United States District Judge