UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81194-CIV-MARRA

BEACHES MLS, INC.,

    Plaintiff,
vs.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.,

    Defendants.
_____/

### ORDER

This cause is before the Court upon Plaintiff's Motion to Conduct Limited Discovery (DE 14) and Plaintiff's Motion for an Order pursuant to 47 U.S.C. § 551(c)(2)(B) and Second Motion for Leave to Conduct Limited Discovery (DE 16).  The Court held a hearing on the motions on August 28, 2015.  The Court has carefully considered the Motions and is otherwise fully advised in the premises.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1)     Plaintiff's Motion to Conduct Limited Discovery (DE 14) is GRANTED.

2)     Plaintiff's Second Motion for Leave to Conduct Limited Discovery (DE 16) is GRANTED.  Comcast is ORDERED to comply with the subpoena at DE 16-1

3)     The September 3, 2015 hearing shall commence at 9:00 a.m.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of August, 2015.

_____
KENNETH A. MARRA
United States District Judge