UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81194-CIV-MARRA

BEACHES MLS, INC., a Florida corporation,

Plaintiff,

vs.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.,

Defendants.
_____/

**ORDER**

In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby **ORDERED AND ADJUDGED** that the above-captioned cause is **REFERRED** to United States Magistrate Judge William Matthewman for all pretrial discovery motions, and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations.  This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of September, 2015.

_____
KENNETH A. MARRA
United States District Judge