UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81194-CIV-MARRA

BEACHES MLS, INC., a Florida corporation,

Plaintiff,

vs.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.,

Defendants.
_____/

## NOTICE

Out of an abundance of caution, the undersigned hereby discloses that his son works as a realtor in Palm Beach County and is associated with the firm Illustrated Properties. The undersigned is unaware of whether his son uses any of the services that are at issue in this case, nor does he know whether the real estate firm with which his son is associated uses any of these services.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of September 2015.

_____
KENNETH A. MARRA
United States District Judge