UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:15-cv-81194- KAM

BEACHES MLS, INC.,

      Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.

      Defendants.
_____/

## NOTICE OF DISMISSAL

PLAINTIFF, BEACHES MLS, INC., by and through its undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses without prejudice its Complaint as to Defendants Debora Boza-Valledor, Danielle Y. Clermont, Gina Lloyd and Jesus Feria.

Dated:  September 2, 2015            Respectfully submitted,

                                                 /s/ Joel B. Rothman
                                                JOEL B. ROTHMAN
                                                Florida Bar Number 98220
                                                Joel.rothman@sriplaw.com
                                                JEROLD I. SCHNEIDER
                                                Florida Bar Number 26975
                                                Jerold.schneider@sriplaw.com
                                                DIANA F. MEDEROS
                                                Florida Bar Number 99881
                                                Diana.mederos@sriplaw.com
                                                **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
                                                4651 North Federal Highway
                                                Boca Raton, FL  33431
                                                561.404.4350 – Telephone
                                                561.404.4353 – Facsimile
                                                *Attorneys for Plaintiff Beaches MLS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by the Court's ECF system or by the undersigned's electronic mail account on September 2, 2015 on all counsel or parties of record listed on the Service List below.

/s/ *Joel B. Rothman, Esq.*
JOEL B. ROTHMAN, ESQ.

## SERVICE LIST

| | |
|---|---|
| Steven W. Davis, Esq. | Gary J. Nagle, Esq. |
| sdavis@bsfllp.com | gary@naglelawfl.com |
| Boies, Schiller & Flexner, LLP | 14255 U.S. Highway One |
| 100 SE Second Street, Suite 2800 | Suite 203 |
| Miami, FL 33131 | Juno Beach, FL 33408 |
| 305.357.8424 – Telephone | 561.626.0270 – Telephone |
| *Attorney for Defendants* | *Attorney for Defendants* |