UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:     9:15-cv-81194- KAM

BEACHES MLS, INC.,

    Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.

    Defendants.
_____/

## NOTICE OF FILING OF EXHIBIT INTRODUCED AT
## PRELIMINARY INJUNCTION HEARING ON SEPTEMBER 3, 2015

PLAINTIFF, BEACHES MLS, INC., by and through its undersigned counsel, hereby files the attached Exhibit 27, Dissolution of Jupiter-Tequesta-Hobe Sound Multiple Listing Service, Inc., introduced by Plaintiff at the preliminary injunction hearing held Thursday, September 3, 2015.

Dated:  September 4, 2015          Respectfully submitted,

                                                     /s/ Joel B. Rothman
                                                  JOEL B. ROTHMAN
                                                  Florida Bar Number 98220
                                                  Joel.rothman@sriplaw.com
                                                  JEROLD I. SCHNEIDER
                                                  Florida Bar Number 26975
                                                  Jerold.schneider@sriplaw.com
                                                  DIANA F. MEDEROS
                                                  Florida Bar Number 99881
                                                  Diana.mederos@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile
*Attorneys for Plaintiff Beaches MLS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by the Court's ECF system or by the undersigned's electronic mail account on September 4, 2015 on all counsel or parties of record on the Service List below.

*/s/ Joel B. Rothman, Esq.*
JOEL B. ROTHMAN, ESQ.

## SERVICE LIST

| | |
|---|---|
| Steven W. Davis, Esq. | Gary J. Nagle, Esq. |
| sdavis@bsfllp.com | gary@naglelawfl.com |
| Boies, Schiller & Flexner, LLP | 14255 U.S. Highway One |
| 100 SE Second Street, Suite 2800 | Suite 203 |
| Miami, FL  33131 | Juno Beach, FL 33408 |
| 305.357.8424 – Telephone | 561.626.0270 – Telephone |
| *Attorney for Defendants* | *Attorney for Defendants* |

**P13000092524**

EXHIBIT 27

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



90027158329

04/10/15--01028--007  **35.00

15 APR 10 AM 10: 57
SECRETARY OF STATE
DIVISION OF CORPORATIONS

C.L. 4-14-15

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

**SUBJECT:** Dissolution Of Jupiter-Tequesta-Hobe Sound Multiple Listing Service, Inc.

**DOCUMENT NUMBER:** P13000092524

The enclosed **Articles of Dissolution** and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

**Wesley Wiggins**
(Name of Contact Person)

**Jupiter-Tequesta-Hobe Sound Association of Realtors**
(Firm/Company)

**2151 Alt. A1A S., Suite 1100**
(Address)

**Jupiter, Fl. 33477**
(City/State and Zip Code)

For further information concerning this matter, please call:

**Gary Nagle** at (**561**) **626-0270**
(Name of Contact Person)   (Area Code & Daytime Telephone Number)

Enclosed is a check for the following amount:

☑ $35 Filing Fee   ☐ $43.75 Filing Fee & Certificate of Status   ☐ $43.75 Filing Fee & Certified Copy (Additional copy is enclosed)   ☐ $52.50 Filing Fee, Certificate of Status & Certified Copy (Additional copy is enclosed)

**MAILING ADDRESS:**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET ADDRESS:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

## ARTICLES OF DISSOLUTION

Pursuant to section 607.1403, Florida Statutes, this Florida profit corporation submits the following articles of dissolution:

FIRST: The name of the corporation as currently filed with the Florida Department of State:

**Jupiter-Tequesta-Hobe Sound Multiple Listing Service, Inc.**

SECOND: The document number of the corporation (if known): **P13000092524**

THIRD: The date dissolution was authorized: **02/18/2015**

Effective date of dissolution if applicable: **02/18/2015**

(no more than 90 days after dissolution file date)

FOURTH: Adoption of Dissolution (CHECK ONE)

☒ Dissolution was approved by the shareholders. The number of votes cast for dissolution was sufficient for approval.

☐ Dissolution was approved by the shareholders through voting groups.

*The following statement must be separately provided for each voting group entitled to vote separately on the plan to dissolve:*

The number of votes cast for dissolution was sufficient for approval by

**Jupiter-Tequesta-Hobe Sound Association of Realtors**

(voting group)

Signature: _____

(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary)

**Nancy Lubeck**

(Typed or printed name of person signing)

**President**

(Title of person signing)

**Filing Fee: $35**

## Notice of Corporate Dissolution

This notice is submitted by the dissolved corporation named below for resolution of payment of unknown claims against this corporation as provided in s. 607.1407, F.S.

This "*Notice of Corporate Dissolution*" is optional and is not required when filing a voluntary dissolution.

Name of Corporation: **Jupiter-Tequesta-Hobe Sound Multiple Listing Service, Inc.**

Date of dissolution will be the date the dissolution is filed with the Department of State or as specified in the *Articles of Dissolution*.

Description of information that must be included in a claim:

Mailing address where claims can be sent: (Claims cannot be sent to the Division of Corporations)

**2151 Alt. A1A S.**

**Suite 1100**

**Jupiter, Fl. 33477**

A claim against the above named corporation will be barred unless a proceeding to enforce the claim is commenced within 4 years after the filing of this notice.

**Wesley Wiggins**

Printed Name of the Person Filing        Signature of the Person Filing

Fee: **No charge if included with Articles of Dissolution. If filed separately $35.00**