**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 9:15-cv-81194-KAM/WM

BEACHES MLS, INC.,

      Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.

      Defendants.
_____/

**NOTICE TO COURT**

      PLAINTIFF, BEACHES MLS, INC., by and through its undersigned counsel, hereby notifies the Court that the parties are in the process of negotiating a proposed Agreed Order on the Motion for Preliminary Injunction that would extend the existing Temporary Restraining Order for a period of time to allow the parties to mediate under the auspices of the National Association of Realtors.  The parties anticipate submitting a proposed order to the Court by the end of business Thursday, September 10, 2015.

      It is respectfully suggested that in light of these circumstances, the Court's request for additional oral arguments on the pending Motion for Preliminary Injunction can be deferred until either party notifies the Court that mediation is concluded.

Dated:  September 9, 2015           Respectfully submitted,

                                              */s/ Joel B. Rothman, Esq.*
                                              JOEL B. ROTHMAN, ESQ.
                                              Florida Bar Number:  98220
                                              Joel.rothman@sriplaw.com
                                              JEROLD I. SCHNEIDER, ESQ.
                                              Florida Bar Number:  26975
                                              Jerold.schneider@sriplaw.com

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FLORIDA  33431

DIANA F. MEDEROS, ESQ.
Florida Bar Number: 99881
Diana.mederos@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile
*Attorneys for Plaintiff Beaches MLS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by the Court's ECF system or by the undersigned's electronic mail account on September 9, 2015 on all counsel or parties of record on the Service List below.

*/s/ Joel B. Rothman, Esq.*
JOEL B. ROTHMAN, ESQ.

## SERVICE LIST

GARY J. NAGLE, ESQ.
Florida Bar Number: 239410
gary@naglelawfl.com
**LAW OFFICE OF GARY J. NAGLE**
14255 U.S. Highway One
Suite 203
Juno Beach, FL 33408
561.626.0270 – Telephone
*Attorney for Defendants Jupiter-Tequesta-Hobe Sound Association of Realtors, Inc., Joanne Werstlein, Angela Calabria and Jamarr Lynch*

STEVEN W. DAVIS, ESQ.
Florida Bar Number: 347442
sdavis@bsfllp.com
LAWRENCE V. ASHE, ESQ.
Florida Bar Number: 932280
lashe@bsfllp.com
ARYEH L. KAPLAN, ESQ.
Florida Bar Number: 60558
akaplan@bsfllp.com
**BOIES, SCHILLER & FLEXNER, LLP**
100 SE Second Street, Suite 2800
Miami, FL 33131
305.357.8424 – Telephone
*Attorney for Defendants Miami Association of Realtors, Inc., Teresa King Kinney and William "Bill" Cole.*