UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:15-cv-81194-KAM/WM

BEACHES MLS, INC.,

    Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.

    Defendants.
_____/

## STIPULATED ORDER CONTINUING TEMPORARY RESTRAINING ORDER

On September 3, 2015, the Court held a hearing on the Motion for Preliminary Injunction (Dkt. 5) filed by Plaintiff BEACHES MLS, INC. ("BEACHES"), and the Motions to Dissolve Temporary Restraining Order (Dkt. 27 and 30) filed by Defendants, MIAMI ASSOCIATION OF REALTORS, INC., ("MIAMI"), JUPITER-TEQUESTA-HOBE SOUND ASSOCIATION OF REALTORS, INC. ("JTHS"), TERESA KINNEY ("KINNEY"), WILLIAM "BILL" COLE ("COLE"), JOANNE WERSTLEIN ("WERSTLEIN"), ANGELA CALABRIA ("CALABRIA") and JAMARR LYNCH ("LYNCH").

Since the hearing, the parties have agreed to engage in an early mediation of their disputes and this mediation is scheduled for September 30, 2015 with Mark Buckstein.

NOW THEREFORE, in order to preserve the status quo while the parties attend mediation, the parties hereby stipulate and agree by and through undersigned counsel to an extension of the Court's August 24, 2015 Temporary Restraining Order until Oct 15, 2015 at 10 am/pm on which date and time the parties will appear before the court for a

status conference and, if necessary, present additional argument to the Court in connection with the pending motions referenced above.

Dated:  September 17, 2015

Stipulated and agreed to by:

  /s/ Joel B. Rothman, Esq.
JOEL B. ROTHMAN, ESQ.
Florida Bar Number:  98220
Joel.rothman@sriplaw.com
JEROLD I. SCHNEIDER, ESQ.
Florida Bar Number:  26975
Jerold.schneider@sriplaw.com
DIANA F. MEDEROS, ESQ.
Florida Bar Number:  99881
Diana.mederos@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile
*Attorneys for Plaintiff Beaches MLS, Inc.*

  /s/ Steven W. Davis, Esq.
STEVEN W. DAVIS, ESQ.
Florida Bar Number: 347442
sdavis@bsfllp.com
LAWRENCE V. ASHE, ESQ.
Florida Bar Number:  932280
lashe@bsfllp.com
ARYEH L. KAPLAN, ESQ.
Florida Bar Number:  60558
akaplan@bsfllp.com
**BOIES, SCHILLER &  FLEXNER, LLP**
100 SE Second Street, Suite 2800
Miami, FL  33131
305.357.8424 – Telephone
*Attorney for Defendants Miami Association of Realtors, Inc., Teresa King Kinney and William "Bill" Cole.*

  /s/ Gary J. Nagle, Esq.
GARY J. NAGLE, ESQ.
Florida Bar Number:  239410
gary@naglelawfl.com
**LAW OFFICE OF GARY J. NAGLE**
14255 U.S. Highway One
Suite 203
Juno Beach, FL 33408
561.626.0270 – Telephone
*Attorney for Defendants Jupiter-Tequesta-Hobe Sound Association of Realtors, Inc., Joanne Werstlein, Angela Calabria and Jamarr Lynch*

SO ORDERED.

DONE AND ORDERED this _17th_ day of _SEPTEMBER_, 2015

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE