UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:15-cv-81194- KAM

BEACHES MLS, INC.,

    Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.

    Defendants.
_____/

## NOTICE OF MEDIATION AND MEDIATOR

PLAINTIFF, BEACHES MLS, INC., by and through its undersigned counsel, hereby gives notice that the parties have selected Mark A. Buckstein of Professional Dispute Resolutions, Inc. as the mediator in this action and scheduled mediation as follows:

DATE and TIME:  September 30, 2015 at 9:00 A.M.

PLACE:  Marriott Boca Raton
5150 Town Center Circle
Boca Raton, FL  33486
561.392.4600

Dated:  September 21, 2015

Respectfully submitted,

 */s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number 98220
joel.rothman@sriplaw.com
JEROLD I. SCHNEIDER
Florida Bar Number 26975
jerold.schneider@sriplaw.com
DIANA F. MEDEROS
Florida Bar Number 99881
diana.mederos@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FLORIDA  33431

4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Beaches MLS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by the Court's ECF system or by the undersigned's electronic mail account on September 21, 2015 on all counsel or parties of record on the Service List below.

*/s/ Joel B. Rothman, Esq.*
JOEL B. ROTHMAN, ESQ.

## SERVICE LIST

Steven W. Davis, Esq.
sdavis@bsfllp.com
Lawrence V. Ashe, Esq.
lashe@bsfllp.com
Aryeh L. Kaplan, Esq.
akaplan@bsfllp.com
Boies, Schiller & Flexner, LLP
100 SE Second Street, Suite 2800
Miami, FL  33131
305.357.8424 – Telephone
*Attorney for Defendants Miami Association of Realtors, Inc., Teresa King Kinney and William "Bill" Cole*

Gary J. Nagle, Esq.
gary@naglelawfl.com
14255 U.S. Highway One
Suite 203
Juno Beach, FL 33408
561.626.0270 – Telephone
*Attorney for Defendants Jupiter-Tequesta-Hobe Sound Association of Realtors, Inc., Joanne Werstlein, Angela Calabria and Jamarr Lynch*