UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:15-cv-81194- KAM

BEACHES MLS, INC.,

      Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.

      Defendants.
_____/

**NOTICE OF SETTLEMENT**

PLAINTIFF, BEACHES MLS, INC., by and through its undersigned counsel, hereby gives notice to the Court that the parties arrived at a settlement of this matter at a mediation held on September 30, 2015 and will be submitting a stipulation of dismissal to the Court in the very near future.

October 1, 2015　　　　　　　　　　　Respectfully submitted,

                                          */s/ Joel B. Rothman*
                                          JOEL B. ROTHMAN
                                          Florida Bar Number 98220
                                          joel.rothman@sriplaw.com
                                          JEROLD I. SCHNEIDER
                                          Florida Bar Number 26975
                                          jerold.schneider@sriplaw.com
                                          DIANA F. MEDEROS
                                          Florida Bar Number 99881
                                          diana.mederos@sriplaw.com

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FLORIDA  33431

SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Beaches MLS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by the Court's ECF system or by the undersigned's electronic mail account on October 1, 2015 on all counsel or parties of record on the Service List below.

*/s/ Joel B. Rothman, Esq.*
JOEL B. ROTHMAN, ESQ.

## SERVICE LIST

Steven W. Davis, Esq.
sdavis@bsfllp.com
Lawrence V. Ashe, Esq.
lashe@bsfllp.com
Aryeh L. Kaplan, Esq.
akaplan@bsfllp.com
Boies, Schiller & Flexner, LLP
100 SE Second Street, Suite 2800
Miami, FL  33131
305.357.8424 – Telephone
*Attorney for Defendants Miami Association of Realtors, Inc., Teresa King Kinney and William "Bill" Cole*

Gary J. Nagle, Esq.
gary@naglelawfl.com
14255 U.S. Highway One
Suite 203
Juno Beach, FL 33408
561.626.0270 – Telephone
*Attorney for Defendants Jupiter-Tequesta-Hobe Sound Association of Realtors, Inc., Joanne Werstlein, Angela Calabria and Jamarr Lynch*