**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.  15-81194-CV-MARRA/MATTHEWMAN**

BEACHES MLS, INC., a Florida corporation,

      Plaintiff,

vs.

MIAMI ASSOCIATION OF REALTORS, INC.,
a Florida corporation, JUPITER-TEQUESTA-HOBE
SOUND ASSOCIATION OF REALTORS, INC.,
a Florida corporation, TERESA KING KINNEY,
WILLIAM "BILL" COLE, JOANNE WERSTLEIN,
ANGELA CALABRIA and JAMARR LYNCH,

      Defendants.
_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Beaches MLS, Inc., Defendants Miami Association of Realtors, Inc., Jupiter-Tequesta-Hobe Sound Association of Realtors, Inc., Teresa King Kinney, William "Bill" Cole, Joanne Werstlein, Angela Calabria, Jamarr Lynch and Counter Defendant Realtors Association of the Palm Beaches, Inc. hereby stipulate and agree that:

    1.    Plaintiff's Complaint shall be dismissed without prejudice;

    2.    Defendants' Counterclaim shall be dismissed without prejudice;

    3.    The Temporary Restraining Order [DE 7]  and Stipulated Order Continuing Temporary Restraining Order [DE 45] entered in this case shall be dissolved; and

    4.    All parties shall bear their own attorneys' fees and costs in this action.

Dated: October 2, 2015

Respectfully submitted,

/s/ Steven W. Davis
Steven W. Davis
Florida Bar No. 347442
E-mail:  sdavis@bsfllp.com
Lawrence V. Ashe
Florida Bar No. 932280
E-mail: lashe@bsfllp.com
Aryeh L. Kaplan
Florida Bar No. 60558
E-mail: akaplan@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131
Tel: 305-539-8400
Fax: 305-539-1307
**Attorneys for Miami Association of Realtors, Inc.**

/s/ Joel B. Rothman
Joel B. Rothman,
Florida Bar No. 98220
SCHNEIDER, ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, PLLC
4651 North Federal Highway
Boca Raton, Florida 33431
Tel:  561-404-4350
Fax:  561-404-4353
E-mail: Joel.Rothman@sriplaw.com
**Attorneys for Plaintiff Beaches MLS, Inc.
and Counter-Defendant Realtors Association
of the Palm Beaches, Inc.**

/s/ Gary J. Nagle
Gary J. Nagle
14255 U.S. Highway One
Suite 203
Juno Beach, Florida 33408
Tel: 561-626-0270
E-mail: gary@naglelawfl.com
**Attorney for Jupiter Tequesta Hobe Sound
Association of Realtors, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this October 2, 2015, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF thereby serving all parties and counsel of record on the attached Service List by electronic notification generated by CM/ECF.

*/s/* Steven W. Davis

Steven W. Davis

## <u>SERVICE LIST</u>

***Attorneys for Miami Association of Realtors, Inc.***

Steven W. Davis
Florida Bar No. 347442
E-mail:  sdavis@bsfllp.com
Lawrence V. Ashe
Florida Bar No. 932280
E-mail: lashe@bsfllp.com
Aryeh L. Kaplan
Florida Bar No. 60558
E-mail: akaplan@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida  33131
Tel: 305-539-8400
Fax: 305-539-1307

***Attorney for Defendants:***

Gary J. Nagle
14255 U.S. Highway One
Suite 203
Juno Beach, Florida 33408
Tel: 561-626-0270
E-mail: gary@naglelawfl.com

***Attorneys for Plaintiffs:***

Joel B. Rothman,
Jerold I. Schneider
Diana F. Mederos
SCHNEIDER, ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, PLLC
4651 North Federal Highway
Boca Raton, Florida 33431
Tel:  561-404-4350
Fax:  561-404-4353
E-mail: Joel.Rothman@sriplaw.com
E-mail: Jerold.Schneider@sriplaw.com
E-mail: Diana.Mederos@sriplaw.com