UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81194-CIV-MARRA

BEACHES MLS, INC., a Florida corporation,

Plaintiff,

vs.

MIAMI ASSOCIATION OF REALTORS,
INC., et al.,

Defendants.
_____/

**ORDER**

This cause is before the Court upon the Stipulation of Dismissal (DE 50). The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The Complaint is dismissed without prejudice.

2) The Counterclaim is dismissed without prejudice.

3) The temporary restraining order and the stipulated order continuing the temporary restraining order is dissolved.

4) The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of October, 2015.

_____
KENNETH A. MARRA
United States District Judge